FILED

MAR 25 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: VICTOR SOLORIO CASTELAN. | No. 08-74097 |
| VICTOR SOLORIO CASTELAN, Petitioner, v. UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, Respondent, ROSEANNE CAMPBELL, Real Party in Interest. | D.C. No. 2:06-cv-01906-GEB Eastern District of California, Sacramento  ORDER |

Before: GOODWIN, CLIFTON and BEA, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

All pending motions are denied as moot.

KB/MOATT