IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR SOLORIO CASTELAN,

           Petitioner,

vs.

ROSANNE CAMPBELL, ET AL.,

           Respondents.

No. 2:06-cv-01906-MMM

<u>ORDER DENYING MOTION FOR A CERTIFICATE OF APPEALABILITY</u>

Victor Castelan's motion for a certificate of appealability is DENIED. Castelan has not "made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

Dated: November 10, 2010

*M. Margaret McKeown*

————————————————
HON. M. MARGARET McKEOWN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation